B 2100A (Form 210A)(12/15)

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
Baltimore Division

In re:   ALBERTA MAE DODD                     Case No.: 19-17082-TJC

        Debtor                                  Chapter: 13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>Truman 2016 SC6 MD ML, LLC</u><br>Name of Transferee | <u>J.P. Morgan Mortgage Acquisition Corp.</u><br>Name of Transferor |

Name and Address where notices to transferee should be sent:

Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-2708

Phone: 1-888-699-5600
Last Four Digits of Acct #: XXXXXX5808

Court Claim # (if known): 4-1
Amount of Claim: $43,134.11
Date Claim Filed: 07/15/2019

Last Four Digits of Acct #: XXXXXX5808

Name and Address where transferee payments should be sent (if different from above):

Rushmore Loan Management Services
P.O. Box 52708
Irvine, CA 92619-2708

Phone: 1- 888-504-6700

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By: _/s/ Wayne Anthony Holman_____          Dated:  _August 17, 2020_
      Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.*

BWW#: MD-86511